# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**KEITH ORI,**

        **Plaintiff,**

    **v.**                        **Case No. 08-CV-00432**

**FIFTH THIRD BANK, et al.,**

        **Defendants.**

---

## ORDER

On January 10, 2012, I granted final approval to the proposed class action settlement in this case. Michael Gatto, a member of the class, objected to the settlement and appealed my approval of it. Representative plaintiffs then filed a motion asking me to require Gatto to post an appeal bond. Since the Seventh Circuit has now dismissed the case in response to Gatto's motion to voluntarily dismiss the appeal, I will deny plaintiffs' motion as moot.

**THEREFORE, IT IS ORDERED** that plaintiffs' motion for imposition of appeal bond [DOCKET #224] is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 28th day of February 2012.


                                      s/_____
                                        LYNN ADELMAN
                                        District Judge